**Electronically Filed
Supreme Court
SCWC-12-0000583
11-DEC-2014
09:55 AM**

SCWC-12-0000583

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TYRONE SMITH, JR., Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000583; CR. NO. 10-1-1569)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Sakamoto, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Tyrone Smith, Jr.'s application for writ of certiorari filed on November 6, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 11, 2014.

Lars Robert Isaacson        /s/ Mark E. Recktenwald
for petitioner

                            /s/ Paula A. Nakayama
Donn Fudo
for respondent              /s/ Sabrina S. McKenna

                            /s/ Michael D. Wilson

                            /s/ Karl K. Sakamoto

